## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| CHARLOTTE D. KIRK, | ) | CASE NO. 5:12-CV-1687 |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| COMMISSIONER OF SOCIAL SECURITY | ) | |
| ADMINISTRATION, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court on plaintiff's motion for attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). (Doc. No. 24.) Also before the Court is the parties' joint motion, styled stipulation to award EAJA fees. (Doc. No. 26.) The parties' joint motion is GRANTED, and plaintiff's separate motion for attorney fees is DENIED as moot.

Pursuant to the parties' stipulation, the Court awards plaintiff attorney fees in the amount of $4,400.00. The Court orders the Commissioner (in consultation with plaintiff's attorney) to determine within 30 days of the date of this order whether plaintiff owes a preexisting debt to the United States, to offset that debt (if any) against the award herein, and to thereafter direct the Treasury Department to pay any balance remaining to plaintiff's attorney (pursuant to the attorney's fee assignment entered into by plaintiff and her attorney). Payment shall be sent to the business address of plaintiff's attorney.

**IT IS SO ORDERED**.

Dated: November 26, 2013

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**